MICHELE FLOYD (SBN 163031)
mfloyd@srclaw.com
NEEL S. LIMAYE (SBN 295321)
nlimaye@srclaw.com
SACKS, RICKETTS & CASE LLP
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: 415-549-0580
Fax: 415-549-0640

*Attorneys for Defendant*

**GRANTED**
Judge Yvonne Gonzalez Rogers
6/2/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROV KRIVOSHEY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>RELAYRIDES, INC. D/B/A TURO,<br><br>                    Defendant. | Case No.: 4:16-cv-1637 YGR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>**[Local Rule 6-1]** |

00060503.RTF - 1                                1

_____
**STIPULATION TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT
CASE NO. 4:16-cv-1637-YGR**

IT IS HEREBY AGREED BY AND BETWEEN THE PARTIES HERETO, through their respective counsel of record, as follows:

1. The complaint in the above-captioned action was served on April 20, 2016.

2. The Parties are presently engaged in discussions regarding a possible resolution of the above-referenced matter.

3. In light of the ongoing discussions, Plaintiff has agreed to extend Defendant's time to respond to the Class Action Complaint up to and including July 8, 2016.

4. This is the second extension of time to respond that Plaintiff has granted to Defendant and it will not alter the date of any event or any deadline already fixed by Court order.

Now, therefore, it is hereby stipulated and agreed as follows:

The deadline for Defendants to file a response to the Complaint is extended until and including July 8, 2016.

Dated: May 25, 2016                    SACKS, RICKETTS & CASE LLP

                                                      Signed: /s/ *Michele Floyd*
                                                      MICHELE FLOYD
                                                      NEEL LIMAYE
                                                      Attorneys for defendants

Dated: May 25, 2016                    BURSOR & FISHER, P.A.

                                                      Signed: /s/ *L. Timothy Fisher*
                                                      L. Timothy Fisher
                                                      Annick Marie Persinger
                                                      Attorneys for plaintiff

**Attestation**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

                                                        BY:  Michele Floyd